FILED

05/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0164

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0164

DONALD McCUBBINS,

Petitioner,

v.

JIM SALMONSEN, Warden,
Montana State Prison,

Respondent.

**ORDER**

Upon consideration of the Respondent's Motion for a 28-day extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including June 9, 2022, within which to prepare, serve, and file the Respondents' response brief.

DATED this _____ day of May, 2022.

_____
JUSTICE

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 9 2022